# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KILO MCGARRAH** <br> *Plaintiff-pro se* | : <br> : <br> : | **CIVIL ACTION** <br><br> **NO. 13-7603** |
| v. | : <br> : | |
| **JOHN DELANEY,** *et al.* <br> *Defendants* | : <br> : | |

## O R D E R

**AND NOW,** this 13th day of January 2017, in light of the failure of Plaintiff Kilo McGarrah ("Plaintiff") to respond in any way to the Court's August 12, 2016 Order, [ECF 14], it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, Plaintiff's claims are **DISMISSED** for failure to prosecute. The Clerk of Court is directed to mark this matter **CLOSED**.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*